**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00278-CV

## CITY OF DALLAS, Appellant

## V.

## MILLWEE-JACKSON JOINT VENTURE, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 04-07287-E**

## ORDER

We **GRANT** appellees' June 25, 2013 unopposed motion for an extension of time to file

a brief.  Appellees shall file their brief on or before July 5, 2013.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE